IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY DENNIS HARRIS                                              PLAINTIFF

       v.        Civil No. 11-5085

MICHAEL ASTRUE,[1] Commissioner
Social Security Administration                                   DEFENDANT

### O R D E R

Now on this 25th day of April 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #16), filed on March 18, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #16) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Motion for Attorney's Fees and Costs** (document #12) is hereby **granted** as described in the Report and Recommendation. Judgment will be entered under separate order.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael Astrue as the defendant in this matter.